# EXHIBIT A

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet
### York
_____ County

York County Prothonotary Civil E-Filed - 24 Mar 2021 09:28:57 AM
Case Number: 2021-SU-000634

*For Prothonotary Use Only:*

Docket No:

TIME STAMP

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

| **S E C T I O N  A** | |
|---|---|
| **Commencement of Action:**<br>☐ Complaint ☒ Writ of Summons<br>☐ Transfer from Another Jurisdiction | ☐ Petition<br>☐ Declaration of Taking |
| Lead Plaintiff's Name:<br>Thomas Pfleegor | Lead Defendant's Name:<br>Giant Food Stores |
| Are money damages requested? ☒ Yes ☐ No | Dollar Amount Requested: ☐ within arbitration limits<br>(check one) ☒ outside arbitration limits |
| Is this a *Class Action Suit*? ☐ Yes ☒ No | Is this an *MDJ Appeal*? ☐ Yes ☒ No |
| Name of Plaintiff/Appellant's Attorney: Sara A. Austin, Esq.<br>☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)** | |

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

| **S E C T I O N  B** | | | |
|---|---|---|---|
| **TORT** (*do not include Mass Tort*)<br>☐ Intentional<br>☐ Malicious Prosecution<br>☐ Motor Vehicle<br>☐ Nuisance<br>☐ Premises Liability<br>☐ Product Liability (*does not include mass tort*)<br>☐ Slander/Libel/ Defamation<br>☐ Other: _____<br>_____ | **CONTRACT** (*do not include Judgments*)<br>☐ Buyer Plaintiff<br>☐ Debt Collection: Credit Card<br>☐ Debt Collection: Other<br>_____<br>☒ Employment Dispute: Discrimination<br>☐ Employment Dispute: Other<br>_____<br>_____<br>☐ Other:<br>_____ | **CIVIL APPEALS**<br>Administrative Agencies<br>☐ Board of Assessment<br>☐ Board of Elections<br>☐ Dept. of Transportation<br>☐ Statutory Appeal: Other<br>_____<br>☐ Zoning Board<br>☐ Other:<br>_____ | |
| **MASS TORT**<br>☐ Asbestos<br>☐ Tobacco<br>☐ Toxic Tort - DES<br>☐ Toxic Tort - Implant<br>☐ Toxic Waste<br>☐ Other: _____<br>_____ | | | |
| **PROFESSIONAL LIABLITY**<br>☐ Dental<br>☐ Legal<br>☐ Medical<br>☐ Other Professional: _____<br>_____ | **REAL PROPERTY**<br>☐ Ejectment<br>☐ Eminent Domain/Condemnation<br>☐ Ground Rent<br>☐ Landlord/Tenant Dispute<br>☐ Mortgage Foreclosure: Residential<br>☐ Mortgage Foreclosure: Commercial<br>☐ Partition<br>☐ Quiet Title<br>☐ Other: _____<br>_____ | **MISCELLANEOUS**<br>☐ Common Law/Statutory Arbitration<br>☐ Declaratory Judgment<br>☐ Mandamus<br>☐ Non-Domestic Relations Restraining Order<br>☐ Quo Warranto<br>☐ Replevin<br>☐ Other: _____<br>_____ | |

*Updated 1/1/2011*

York County Prothonotary Civil E-Filed - 24 Mar 2021 09:28:57 AM
Case Number: 2021-SU-000634

## IN THE COURT OF COMMON PLEAS
## YORK COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Thomas Pfleegor, | : | No. 2021-SU- |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action – Law |
| | : | |
| Giant Food Stores, | : | |
| Defendant | : | |

### PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY:

_XX_  Please issue a summons in the above case at law / equity.

____  Writ of Summons shall be issued and forwarded to Office of the Sheriff York County.

Date: 3/24/2021____

AUSTIN LAW FIRM llc

Sara A. Austin  Digitally signed by Sara A. Austin
Date: 2021.03.24
08:51:50 -04'00'

Sara A. Austin, Esq.
ID No. 59052
226 E. Market St.
York, PA  17403
717.846.2246 phone

### SUMMONS IN CIVIL ACTION

**TO:**  Giant Food Stores

YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF HAS COMMENCED AN
ACTION AGAINST YOU.

DATE: 3/24/21

Prothonotary, Civil Division

By: _____

# EXHIBIT B

# SHERIFF'S OFFICE OF YORK COUNTY

**Richard P Keuerleber**
*Sheriff*

**Christopher A. Ferro, Esq.**
*Solicitor*

**Steven Diehl**
*Chief Deputy, Operations*

**Richard E Rice, II**
*Chief Deputy, Administration*

---

| THOMAS PFLEEGOR vs. GIANT FOOD STORES | Case Number 2021-SU-000634 |
|---|---|

---

## SHERIFF'S RETURN OF SERVICE

03/25/2021   09:45 AM - DEPUTY KURTIS STARTZEL, BEING DULY SWORN ACCORDING TO LAW, SERVED THE REQUESTED WRIT OF SUMMONS (WOSM) BY HANDING   A TRUE COPY TO A PERSON REPRESENTING THEMSELVES TO BE DON CHAMBERS, MANAGER, WHO ACCEPTED AS "ADULT PERSON IN CHARGE" FOR GIANT FOOD STORES AT 275 PAULINE DRIVE, YORK, PA 17402.

KURTIS STARTZEL, DEPUTY

SHERIFF COST: $40.15

SO ANSWERS,

March 29, 2021

RICHARD P KEUERLEBER, SHERIFF

# EXHIBIT C

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

**IN THE COURT OF COMMON PLEAS OF YORK COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| Thomas Pfleegor, | : | No. 2021-SU-000634 |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action – Law |
| | : | |
| Giant Food Stores, aka The GIANT Company LLC | : | |
| dba Giant Martin's Co. | : | |
| Defendant | : | |

**<u>NOTICE TO DEFEND</u>**
Pursuant to PA RCP No. 1018.1

You have been sued in Court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief quested by the plaintiff.   You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSON AT A REDUCED FEE OR NO FEE**.

LAWYER REFERRAL SERVICE OF THE
YORK COUNTY BAR ASSOCIATION
YORK COUNTY BAR CENTER
137 EAST MARKET STREET
YORK, PENNSYLVANIA  17401
TELEPHONE:  (717) 854-8755

Effective September 1, 2003 Complaint

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

**IN THE COURT OF COMMON PLEAS OF YORK COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| Thomas Pfleegor, | : | No. 2021-SU-000634 |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action – Law |
| | : | |
| Giant Food Stores, aka The GIANT Company LLC | : | |
| dba Giant Martin's Co. | : | |
| Defendant | : | |

**AVISO PARA DEFENDER**
Conforme a PA RCP Num. 1018.1

     USTED HA SIDO DEMANDANDO/A EN LA CORTE.  Si usted desea defender conta la demanda puestas en las siguientes paginas usted tienen que tomar accion dentro veinte (20) dias despues que esta Demanda y aviso es servido, con entrado por escrito una aparencia personalmente o por un abogado y archivando por escrito con la Corte sus defenses o objeciones a las demandas puestas en esta contra usted.  Usted es advertido que si falla de hacerlo el caso puede proceder sin usted y un jazgamiento puedo ser entrado contra usted por la Corte sin mas aviso por cualquier dinero reclamado en al demanda o por cualquier otro reclamo o alivio solicitado por Demandante.  Usted puede perder dinero o propeidad o otros derechos importante para usted.

     USTED DEBE LLEVAR ESTE PAPEL A SU ABOGADO ENSEGUIDA. SI USTED NO TIENE UN ABOGADO, VAYA 0 LLAME POR TELEFONO LA OFICINA FIJADA AQUI ABAJO.  ESTA OFICINA PUEDE PROVEERE CON INFORMACION DE COMO CONSEGUIR UN ABOGADQ.

     SI USTED NO PUEDE PAGARLE A UN ABOGADO, ESTA OFICINA PUEDE PROVEERE INFORMACION ACERCA AGENCIAS QUE PUEDAN OFRECER SERVICIOS LEGAL A PERSONAS  ELIGIBLE AQ UN HONORARIO REDUCIDO O GRATIS.

**SERVICIO DE REFERIDO A ABOGADO**
**COLEGIO DE ABOGADOS DEL CONDADO DE YORK**
**ABOGACIA DEL CONDADO DE YORK**
**CALLE MARKET #137 ESTE**
**YORK, PENNSYLVANIA  17401**
**TELEFONO:  (717) 854-8755**

Efectivo 1 de Septiembre, 2003 Queja

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

### IN THE COURT OF COMMON PLEAS OF YORK COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Thomas Pfleegor, | : | No. 2021-SU-000634 |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action – Law |
| | : | |
| Giant Food Stores, aka The GIANT Company LLC | : | |
| dba Giant Martin's Co. | : | |
| Defendant | : | |

## **COMPLAINT**

AND NOW, comes the Plaintiff, Thomas Pfleegor, by his counsel, AUSTIN LAW FIRM LLC, and file this Complaint stating as follow:

### I. Parties

1.      Plaintiff Thomas Pfleegor (hereinafter "Plaintiff") is an adult individual with a residential address in York County, Pennsylvania. Plaintiff is represented by Austin Law Firm LLC.

2.       Defendant, Giant Food Stores (hereinafter the "Defendant"), is a foreign corporate entity otherwise known as The GIANT Company LLC,  dba Giant Martin's Co., with a registered address c/o Corporation Service Company in Dauphin County, Pennsylvania. Defendant is represented by Adam Long, Esq.

### II.  Jurisdiction and Venue

3.      Jurisdiction is proper over the Defendant because Plaintiff was employed by the Defendant at a store in York County, Pennsylvania and the incident that resulted in termination of that employment occurred in York County, Pennsylvania.

4.      Venue is proper in York County because Plaintiff was employed by the Defendant at a store in York County, Pennsylvania and the incident that resulted in termination of that employment occurred in York County, Pennsylvania.

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

<u>III. Factual Allegations, Claim</u>

5.      Plaintiff is a Caucasian/White male.

6.      Plaintiff began his employment with the Defendant (or its predecessor entities) on or about April 13, 1989, as a grocery worker. After about 1-1/2 years he was moved to the produce department of the Defendant's store at 275 Pauline Drive, York, Pennsylvania (hereafter the "Pauline Drive store").

7.      In or about October 2015 Platinfif provided to Kris Rebuck, then produce manager at the Pauline Drive store (and hereafter "PM Rebuck"), a doctor's note restricting Plaintiff from lifting more than 25 pounds. A true and correct copy of the note is attached hereto and incorporated herein by reference as Exhibit "A".

8.      Subsequent to receipt of the lifting restriction, PM Rebuck, on an almost weekly basis, required Plaintiff to lift items exceeding the lifting restriction.

9.      On some occasions Plaintiff was able to obtain assistance with lifting an item that exceeded his lifting restriction, but on other occasions he was required to lift it by himself.

10.     Each time Platinfif was required to lift an item exceeding the lifting restriction, he reminded PM Rebuck (or whomever was requiring him to do the excessive lifting) of the restriction.

11.     On many occasions Plaintiff also reported to the Pauline Drive Store Manager (believed to have a first name Crystal)  and Assistant Store Managers (believed to have first names Tom and Jack) that he was being required to exceed the lifting restriction.

12.     Almost every time Plaintiff would complain about being required to exceed the lifting restriction, PM Rebuck (or other produce manager who was requiring Plaintiff to do the excessive lifting) would rebuke Plaintiff.

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

13.     At no point subsequent to the lifiting restriction being put in place in October 2015 did a doctor release the lifting restriction.

14.     On May 9, 2020, Plaintiff was off duty and shopping with his sister, Mary Pfleegor, in the Defendant's store at 2415 East Market Street, York, Pennsylvania (hereafter the "East Market store").

15.     On May 9, 2020, while off-duty, Plaintiff was in line at the East Market store deli with his sister waiting to purchase meat.

16.     A Black female customer was in line in front of Plaintiff.

17.     Due to a medical condition, Plaintiff made a noise because he was standing in line for a long time.

18.     While in an aisle after completing his deli purchase, Plaintiff and his sister saw the Black female customer; she called Plaintiff names.

19.     Plaintiff responded to the name-calling by saying "go smoke your crack pipe" and then left for the next aisle.

20.     Plaintiff and his sister ran into the Black female customer again in the dairy section where she started cursing at Plaintiff.

21.     Plaintiff told the manager (believed to be Assistant Store Manager Pat Brennan and so hereafter referred to as "ASM Brennan") that the Black female customer was harassing him.

22.     ASM Brennan then cursed at Plaintiff, said he would call the police, and told Plaintiff to leave the store.

23.     Plaintiff then left the store.

24.     When Plaintiff's sister was finished shopping, she called Plaintiff to come back and help her with the cart, which Plaintiff did.

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

25.     ASM Brennan saw Plaintiff helping his sister with the cart and reminded Plaintiff that he (Brennan) had told Plaintiff to leave the store.

26.     ASM Brennan then called over another manager who also said something rude to Plaintiff.

27.     Either ASM Brennan or the other manager then told Plaintiff's sister to leave the store.

28.     The Black female customer involved in the incident with Plaintiff on May 9, 2020 was not asked to leave the East Market store.

29.     When Plaintiff reported to work at the Pauline Drive store on May 11, 2020, he was asked for a statement about the May 9, 2020 incident in the East Market store (hereafter the "Incident").

30.     Plaintiff verbally recounted what happened during the Incident.

31.     The Defendant made written notes while Plaintiff was providing details about the Incident.

32.     The Defendant did not then, and has not at any time since, provided to Plaintiff a copy of the written notes it made of Plaintiff's account of the Incident.

33.     Plaintiff was then sent home without pay.

34.     On May 12, 2020, the Defendant called Plaintiff to come in to the Pauline Drive store; he did, at which time the Defendant terminated his employment.

35.     The Defendant did not provide a reason for terminating Plaintiff's employment.

36.     At the time of termination, Plaintiff had bene employed by the Defendant or its predecessor entities for approximately 31 years..

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

37.     At no point subsequent to the Incident and prior to terminating Plaintiff's employment did the Defendant talk to Plaintiff's sister or request from her a statement about the Incident.

38.     At no point subsequent to the Incident and prior to terminating Plaintiff's employment did the Defendant review store video of the Incident.

39.     The Defendant's handbook (in effect at the time in case it has since been revised) contains an EEO provision that states, in relevant part, that it "stresses the importance of making all employment decisions without regard to race, creed, religion, gender, age, national origin, disability or veteran status…." A true and correct copy of the relevant part of the Handbook is attached hereto and incorporated herein by reference as part of Exhibit "B".

40.     When the Defendant required Plaintiff to exceed the lifting restriction, it violated that Handbook provision, the Americans with Disabilities Act (42 USC §12101 et. seq.), Title VII (42 USC §2000e et. seq.), and the Pennsylvania Human Relations Act (24 P.S. §951 et. seq.).

41.     The Defendant's handbook (in effect at the time in case it has since been revised) also contains a provision for involuntary termination that provides, in relevant part, that, "Some acts of misconduct and/or violations of Company policy are considered serious and may result in an associates' involuntary termination. In these cases, Associates will be suspended immediately pending further investigation…." A true and correct copy of the relevant part of the Handbook is attached hereto and incorporated herein by reference as part of Exhibit "B".

42.     By not obtaining a statement from the only witness of the entire Incident, Plaintiff's sister, and not reviewing video footage of the Incident, the Defendant also violated the policy in its Handbook requiring an investigation prior to termination.

43.     Subsequent to termination, Plaintiff filed a charge of discrimination with the EEOC.

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

44.     The EEOC issued a Right to Sue Notice dated December 29, 2020.

45.     Plaintiff believes, and therefore avers, that the Defendant intentionally and wrongfully terminated his employment based on race or disability in violation of the Americans with Disabilities Act (42 USC §12101 et. seq.), Title VII (42 USC §2000e et. seq.), and/or the Pennsylvania Human Relations Act (24 P.S. §951 et. seq.), and in violation of its own Handbook provisions.

WHEREFORE, Plaintiff Thomas Pfleegor demands judgment in his favor and against the Defendant (1) for back pay in an amount equal to the wages he would have earned from the date of suspension, May 11, 2020, through the date of judgment, plus interest until paid in full, (2) compensatory and punitive damages; (3) attorneys' fees and costs (including an expert fees/costs) incurred relative to the underlying EEOC and PHRC filings and this suit; and (4) for any other relief as may be just and proper.

Respectfully submitted,


By: /s/ *Sara A. Austin*
       Sara A. Austin, Esquire
       Supreme Ct. I.D. #59052
       226 E. Market St.
       York, PA  17401
       Telephone (717) 846-2246
       Attorney for Plaintiff

**EXHIBIT "A"**

Facility:
Admit Date: 10/12/2015 12:00:00 AM
Discharge Date: 10/12/2015 12:00:00 AM

**WELLSPAN HEALTH**

Name: PFLEEGOR THOMAS EUGENE
MRN: 000█████
DOB: ████████

Page 2

Oct 12 2015 09:51:43 EDT  FROM: F2H/75984698714    MSG# 56749845-886-1    PAGE 883 OF 883

Please fax the completed form to:
Fax Number: (866) 411-5613
The Hartford
P.O. Box 14301
Lexington, KY 40512

**THE HARTFORD**

**ATTENDING PHYSICIAN'S STATEMENT OF CONTINUED DISABILITY**

To be completed by the Employee

| Name of Patient: THOMAS PFLEEGOR | Date of Birth: | Insured ID Number: |

Address of Patient (Street, City, State & Zip Code): ████████████

Name of Employer: 2. 977 Foods

Email Address:

Personal Cell Telephone Number: (717) ███████    Alternate Telephone Number (if no personal cell telephone):  ✓ Yes  ☐ No

May we have your authorization to leave confidential medical and benefit information on your personal cell phone?  ✓ Yes  ☐ No

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing.

Signed: Thos E. Pfleegor    Date: 10/13/15

To be completed by the Attending Physician- Use current information from your patient's most recent examination or office visit to complete this form. (The patient is responsible for the completion of this form without expense to the Company.)

**DIAGNOSIS**

Primary Diagnosis: S-T E M I    ICD-9 Code: I21.3

Secondary Diagnosis: Dislipidemia    ICD Code: E78.5

Was Surgery Performed?  ✓ Yes  ☐ No  If Yes, Date: █/█/15  Procedure: STENT    CPT-4 Code:

Was patient hospitalized since last report?  ☐ Yes  ✓ No  If Yes, Admission Date:____  Discharge Date:____

Current Subjective Symptoms: No c/o SOB, NIV, or dizziness

Current Physical Exam findings: ____ this am by ____
Al heart and ____ neg    CTA, ____ no ____

Tests (Not previously reported): TH:  BCX:  SH:    10/11/15

Results (or enclose copies of test result): PFLEEGOR, THOMAS EUGENE    HELD CRNP, KAREN C
█████    717-    17401    YORKTOWNE - A
1575 BANNISTER ST

Medication (indicate any changes): YORK,PA    see med list.

**FUNCTIONALITY** (This information is required for evaluation of your patient's claim for disability benefits.)
List all restrictions and/or limitations based on medical findings. (Example - No standing over 4 hours; No lifting over 50 lbs.)

Not lifting over 25 lbs

Is patient able to return to work without restrictions?  ☐ Yes  ☐ No  If "Yes", Date:____    ☐ Full Time  ☐ Part Time____ hours per day

Is patient able to return to work with restrictions?  ✓ Yes  ☐ No  If "Yes", Date: 10/12/15  ☐ Full Time  ☐ Part Time____ hours per day

If able to return to work only part time, on what date will he / she be able to increase to full time?____

**TREATMENT**

How long are these work accommodations expected to be in place? Till cleared by cardiac rehab.

Current/Ongoing Treatment Plan: Cardiac Rehab    Frequency/Duration: 2 x/wk 1 x weeks

Date(s) of Treatment: 10/12/15  10/11/15  █/█/15    Date of last office visit: 10/12/15    Date of next scheduled office visit: 10/19/15

Has patient been referred to other physicians?  ☐ Yes  ✓ No  If "Yes", Date of Referral(s):____    Specialty:____

Referral Provider Name and Phone Number:____    Specialty:____

Referral Provider Name and Phone Number:____

**PHYSICIAN INFORMATION**

Provider's Name: Karen Held CRNP    License Number: ████    Social Security Number or Tax ID Number: 23-27385

Degree: MSN, FNP    Specialty: Family Medicine    Fax Number: 717 812 2040

Address (Street, City, State & Zip Code): 1573 ████ St, York PA 17404    Telephone Number: 717 812 2050

Signature: Karen Held CRNP    Date Signed: 10/13/15

The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries.
LC-7385-6    02/2014

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

**EXHIBIT "B"**

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM



York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

Compliance Officer.

- *Receiving or offering gifts and entertainment.* As a guideline, gifts with a value (cash or non-cash) of more than EUR 50, USD 60 (or the equivalent in local currency) are inappropriate and should be declined.

- *Equal employment opportunity.* Ahold is an equal opportunity employer. Unlawful discrimination or harassment is prohibited. Decisions about recruitment, employment, promotion and termination are made on the basis of objective and non-discriminatory criteria.

- *Harassment-free work environment.* Ahold will not tolerate sexual harassment.

## 2.1 Guarantee of Fair Treatment

GIANT Food Stores, LLC is strongly committed to our long recognized Guarantee of Fair Treatment. Our policy ensures that every Associate is treated with respect, and in a fair and just manner at all times.

Here is how our Guarantee of Fair Treatment works:
- Tell your immediate supervisor about any work related concern, suggestion or observation. During this discussion, feel free to discuss your issues in an open and honest manner. Your supervisor is responsible for listening and assisting you to solve work related issues which arise. In most cases, you and your immediate supervisor will be able to resolve your issue.
- Give your supervisor a reasonable opportunity to deal with your situation. If the situation is not handled to your satisfaction with your supervisor, ask to discuss the issue with his/her supervisor. Your supervisor will then arrange for you to meet

2.0

13

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

with his/her supervisor and/or a member of the Associate Relations Department.

- If, after involving the appropriate supervisors, including the Associate Relations Department, you feel that the issue has not been resolved to your satisfaction, you have the absolute right to refer the entire matter to our President/CEO for action. Every supervisor's door is open to all Associates to address issues in a respectful, open, and frank manner.

GIANT Food Stores, LLC does not condone and prohibits retaliation of any kind against any Associate because he or she presents a concern or suggestion.

We guarantee to give you an answer regarding any issue and to treat you fairly and with respect. We encourage you to express any concern, suggestion or comment directly to your supervisor so we can understand each other better and foster a positive work environment.

Our objective is to provide you with an unintimidating and speedy atmosphere through which to address your work related needs and expectations.

### 2.2 Equal Employment Opportunity

GIANT Food Stores, LLC is an "Equal Opportunity Employer." It is and has been the policy of our Company to comply with the letter and spirit of all federal, state, and municipal laws applicable to the company's operations. Our policy stresses the importance of making all employment decisions without regard to race, creed, religion, gender, age, national origin, disability or veteran status. GIANT Food Stores, LLC believes in establishing an environment which develops and promotes cultural diversity.

**2.0**

14

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

14. It will be considered a violation of this policy to request, sell or purchase any merchandise below the established retail price at the time of the purchase. Any exception to this must be authorized in advance by the Store Manager or designee.

15. Concealment of any merchandise will be considered a violation of this policy.

16. The Store Manager or Designee has the right to inspect all packages.

17. Associates who work in perishable departments, including produce, floral, deli, seafood, meat and bakery are not permitted to prepare and/or process their own product for purchase or consumption.

18. All coupons must be redeemed according to the terms and conditions outlined on the coupon. Also, any coupons that the customer does not want or are left behind by a customer must be discarded and may not be kept for an Associate's personal use.

Misuse of an Associate's BONUSCARD (i.e. scanning one's personal BONUSCARD for customer orders) or fraudulent use of coupons (including store, manufacturer, and Catalina coupons) are also violations of the Purchase Policy. **Any conduct that is dishonest, unlawful, or fraudulent will not be tolerated. Violation of this policy may result in disciplinary action up to and including dismissal.**

## 9.9 Termination

**Voluntary -** If the time comes for you to terminate your employment with GIANT Food Stores, LLC, we consider it good business practice for you to give your supervisor two weeks advance notice. This allows us time to identify and train a replacement. However, a minimum of one-week notice must be given. Failure to do so or to completely meet your schedule requirements during your period of notice could



York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

employment with the Company. Unused personal holidays are not paid. When you leave, you must return or pay for all Company property, uniforms, badges, keys, tools, equipment, etc.

**Involuntary** - Some acts of misconduct and/or violations of Company policy are considered serious and may result in an Associates' involuntary termination. In these cases, Associates will be suspended immediately pending further investigation. While it is not possible to list all of these situations, some examples of extreme acts are:

- Possession or consumption of alcoholic beverages on the job or being under the influence while at work.
- The use, distribution or possession of an illegal, controlled substance or being under the influence of an illegal, controlled substance while at work.
- Fighting and or Theft.
- Violation of the Associate Purchase Policy.
- Gross insubordination.
- Willful destruction of property.
- Falsification of company records, documents or reports.
- Gross/Extreme misconduct.

Regardless of the act, all terminations will be reviewed by two levels of supervision above the affected Associate, and the Associate Relations Department before actual notification is given to the Associate. In the event an Associate is terminated involuntarily, that Associate will forfeit any unused, earned vacation and personal holidays.

### 9.10 Asset Protection

Asset Protection means providing a safe and secure environment for our Customers and Associates. It also means preventing "shrink". Very simply, shrink is any loss to the Company. Losses can include merchandise, money, or time, and all forms of shrink are costly – both to the Company and to you! Companies like ours lose millions of dollars in shrink each year, and excessive shrink can lead to higher prices, fewer hours, or lost promotional opportunities.

9.0

63

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

## VERIFICATION

The undersigned does hereby affirm that the facts contained in the foregoing Complaint are true and correct to the best of his knowledge, information and belief. This statement is made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities and is filed by counsel to meet a deadline.

DATED: 11=29/21

_____
Thomas Pfleegor

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

/s/ Sara A. Austin _____
Sara A. Austin, Esquire
I.D. #59052

York County Prothonotary Civil E-Filed - 1 Dec 2021 01:05:15 PM

## **CERTIFICATE OF SERVICE**

The undersigned does certify that the 1st day of December 2021, she has or will serve a true and correct copy of the foregoing document by email on the following:

Adam Long, Esq.
    along@mcneeslaw.com
    Counsel for Defendant

/s/ *Sara A. Austin*
Sara A. Austin, Esq.